RYCKMAN *v.* DELAVAN, 25 Wend. 186.

In S. Ct. 17 Wend. 49.

## *Libel; Pleading.*

ACTION for a libel stating that "certain *malting establish-ments* on the hill in Albany, (owned by particular individuals but not naming the plaintiff,) *were supplied with water for malting from stagnant* pools, gutters, and ditches, often in such a state as to be green on the surface," and that there were several malting houses on the hill, all of which relied on water taken occasionally from such places." The plaintiff alleged in his declaration that he was a maltster and brewer at a place in the city of Albany called the "Hill," and that to *injure* him in his good name, and to *destroy* his *business*, the defendant published the libel. The plaintiff put in a general demurrer, and assigned as cause of demurrer, that *special damage* was not alleged.

The Supreme Court *held* that the publication was *libellous*, and that it was not necessary to allege special damage to sustain the action; but they also held that an action does not lie for a *libel* for a publication alleged to effect the *individual characters* of persons and the *trade* or business carried on by them, if on its face it does not point at the *individuals* intended, otherwise than that they pursue a particular trade or business in a specified section of a city; the publication affecting a *class* of *persons*, no *individual* of that *class* is entitled to sustain an action for the publication.

The Court of Errors *held*, however, that an action may be sustained for such a libel, by an *individual* for an injury to his business, unless it be manifest upon the face of the publication that the charges were made against a class of society, a particular profession, an order or body of men at large, and can not, by possibility, import a *personal application* tending to produce private injury.

The case of *Sumner* v. *Buel*, 12 J. R. 465, denying the right of an individual to maintain an action for a libel affecting a *class of persons*, without alleging special damages, *questioned.*

Judgment *reversed*; 10 for rev., 9 for aff.